UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN KAUFFMAN,

                Plaintiff,

     - against -

NEW YORK PRESBYTERIAN HOSPITAL,

                Defendant.
------------------------------------------------------------X

23-CV-4964 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff initiated this action on June 12, 2023.  (Dkt. 1.)  A summons issued to Defendant on June 13, 2023.  (Dkt. 3.)  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff has a 90-day period to serve Defendant.  That time has expired.  The Court sua sponte extends Plaintiff's time to serve by 60 days.  The Court reminds Plaintiff that it is his responsibility to effect service and the case can be dismissed if he fails to do so.  The Court also directs Plaintiff to the Pro Se Intake Unit at (212) 805-0175, open during normal business hours, 8:30 a.m. to 5:00 p.m., Monday through Friday, or available at https://www.nysd.uscourts.gov/prose.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 19, 2023
             New York, New York

Copies transmitted to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

1

Kevin Kauffman
7 Spaulding Lane
Saugerties, NY 12477