```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN KAUFFMAN,

                Plaintiff,

      - against -

NEW YORK PRESBYTERIAN HOSPITAL,

                Defendant.
-------------------------------------------------------------X

23-CV-4964 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 30, 2024, Defendants filed a motion to dismiss Plaintiff's Amended Complaint. Plaintiff has not filed any opposition within the time permitted. The Court sua sponte extends Plaintiff's time to file any opposition to **September 23, 2024**. No further extensions will be granted. Any reply shall be filed by **October 7, 2024**. In the event Plaintiff does not file any opposition, the Court will decide the motion based on the existing record, and the absence of any opposition may alone be a basis for granting the motion.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:      September 3, 2024
               New York, New York

Copies transmitted to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Kevin Kauffman
7 Spaulding Lane
Saugerties, NY 12477