UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN KAUFFMAN,

                Plaintiff,                23 **CIVIL** 4964 (AT)(RWL)

    -against-                   **JUDGMENT**

NEW YORK PRESBYTERIAN HOSPITAL,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2025, the Court ADOPTS Judge Lehrburger's R&R in its entirety. NYPH's motion to dismiss is GRANTED. Plaintiff's Title VII claim is DISMISSED WITH PREJUDICE, and his NYSHRL and NYCHRL claims are DISMISSED WITHOUT PREJUDICE. Leave to amend is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York

    January 10, 2025

                                                  **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                     **BY:**

                                                  **Deputy Clerk**